## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

WALLY L. WEST,

        Plaintiff,

        v.

RYAN CASTLEMAN, KEVIN CRIPPS, and
CRAIG VIEIRA,

        Defendants.

Case No. 3:16-cv-01153-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of

defendants Ryan Castleman, Kevin Cripps, and Craig Vieira, and that this matter is **DISMISSED**

**WITH PREJUDICE**.

DATED: June 18, 2019

                                **MARGARET M. ROBERTIE,**
                                **Clerk of Court**

                                **BY: s/Tina Gray**
                                   **Deputy Clerk**

**Approved:**
**s/ _J. Phil Gilbert_**
**J. Phil Gilbert**
**U.S. District Judge**